UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
06/27/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

John Rodger Capoccia
inmate #0173643
hamilton county Jail, IN

Plaintiff

Case No 1:25-cv-1297-JPH-TAB

Rucoff Music and Arts venue

Defendant

Prisoner Request To Proceed In District Court without Prepaying the Full Filing Fee

I Personal Info

1) John Rodger Capoccia

a) Hamilton County Jail, 0173643

b) Are you employed by the institution

Yes ☐ No ☑

c) Do you recieve payment from the institution

Yes ☐ No ☑

2) Do you have any dependants that you are responsible for supporting

☐ Yes No ☑

II Property or Assets

1) Do you own a car

☑ yes NO ☐

| Make | Model | Year | Value |
| --- | --- | --- | --- |
| Honda | odyssey | 2007 | 1500$ |

2) Do you own a home

☐ yes NO ☑

3) Do you have any cash or checking, savings or othe similar accounts

☑ yes NO ☐

Yes, Jail trust, sum of 429$

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts, artwork or jewelery?

☐ yes No ☑

III litigation History

NA

IV other circumstances

I am a Successor to a family business my father owns. he does not pay me for my labor

I John R Capoccia, declare that I am a plaintiff bringing this complaint I declare that I am unable to prepay the full filing fee and that I am entitled to relief sought in the complaint, I authorize my custodian to release my inmate trust account information to the US district court for purposes of ruling on this motion

6-24-2025 [signature] [3]

# UNITED STATES DISTRICT COURT
# INDIANAPOLIS DIVISION

## INCORPORATED DECLARATION UNDER U.S.C.S § 1746 AND/OR U.S.C.S. § 1745

I, John Capoccia, declare, affirm, confirm, certify and believe, unsworn, pursuant to the U.S.C.S § 1746, and U.S.C.S. § 1745, statutes or language as described, all the foregoing are fact, fact's, statement's are true, to the best of my Knowlege and belief, and, as to belief, I believe them to be true. Signed and declared below, Under the Penalty of Perjury. Authorized by Signing below.

Declared this 6/24 day of 2025.

/s/ [signature] Pro-Se
Declarant-Affiant

## CERTIFICATE OF SERVICE

I certify a copy of the following was mailed.

/s/ [signature] [C] Dated: 6/24/2025

IN26803J 321 6/24/2025 07:30 PM

# Resident Account Summary

Transactions from 04/08/2025 to 06/24/2025

## Resident

| | |
|---|---|
| **Name:** | Capoccia, John Rodger |
| **Booking ID:** | 173643 |
| **Resident Number:** | 173643 |
| **DOB:** | 3/2/1986 |
| **Status:** | Active |
| **Admit:** | 4/8/2025 |
| **Release:** | N/A |

## Funds

| Account | Beginning Balance | Ending Balance |
|---|---|---|
| Trust: | $0.00 | $429.01 |
| Receivable Aggregate: | $0.00 | $0.00 |

## Classifications

**Is this inmate Diabetic? :**

**Is this inmate Kosher Diet? :**

**Is this inmate Vegetarian :**

**Is this inmate Hygiene restricted? :**

## Transactions

| Date/Time | Accounting Event | Description | Account | Amount | Trust | Debt |
|---|---|---|---|---|---|---|
| 6/18/2025 7:02:41 AM | Commissary Sale | Commissary Purchase, Order Number : 26531 | Trust | ($57.67) | **$429.01** | $0.00 |
| 6/15/2025 2:05:30 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($9.00) | **$486.68** | $0.00 |
| 6/13/2025 11:12:41 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($5.00) | **$495.68** | $0.00 |
| 6/12/2025 10:57:21 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($6.00) | **$500.68** | $0.00 |
| 6/12/2025 3:08:21 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($5.00) | **$506.68** | $0.00 |
| 6/11/2025 8:09:04 AM | Commissary Sale | Commissary Purchase, Order Number : 26290 | Trust | ($20.71) | **$511.68** | $0.00 |
| 6/9/2025 7:27:01 PM | Viapath Deposit | Receipt: 40856464 | Trust | $50.00 | **$532.39** | $0.00 |
| 6/4/2025 | Commissary Sale | Commissary Purchase, Order | Trust | ($23.98) | **$482.39** | $0.00 |

# Resident Account Summary

Transactions from 04/08/2025 to 06/24/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| 7:02:27 AM | | Number : 25954 | | | | |
| 6/2/2025 11:41:24 AM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($9.00) | **$506.37** | $0.00 |
| 5/31/2025 1:40:49 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($5.00) | **$515.37** | $0.00 |
| 5/28/2025 8:03:11 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($7.00) | **$520.37** | $0.00 |
| 5/28/2025 7:02:27 AM | Commissary Sale | Commissary Purchase, Order Number : 25699 | Trust | ($36.38) | **$527.37** | $0.00 |
| 5/25/2025 10:15:49 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($5.00) | **$563.75** | $0.00 |
| 5/23/2025 8:46:57 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($6.00) | **$568.75** | $0.00 |
| 5/21/2025 6:31:48 AM | Commissary Sale | Commissary Purchase, Order Number : 25552 | Trust | ($31.38) | **$574.75** | $0.00 |
| 5/14/2025 7:07:44 AM | Commissary Sale | Commissary Purchase, Order Number : 25235 | Trust | ($158.76) | **$606.13** | $0.00 |
| 5/7/2025 9:46:39 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($2.00) | **$764.89** | $0.00 |
| 5/7/2025 3:25:53 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($9.00) | **$766.89** | $0.00 |
| 5/7/2025 12:00:53 PM | Commissary Return | Commissary Auto-credit for order: 24993 out of stock items. | Trust | $8.51 | **$775.89** | $0.00 |
| 5/7/2025 7:25:23 AM | Commissary Sale | Commissary Purchase, Order Number : 24993 | Trust | ($195.68) | **$767.38** | $0.00 |
| 5/5/2025 7:47:39 PM | Viapath Purchase | Withdrawal of funds from trust for Viapath purchases. | Trust | ($3.00) | **$963.06** | $0.00 |
| 5/2/2025 11:19:34 AM | Viapath Deposit | Receipt: 38687397 | Trust | $25.00 | **$966.06** | $0.00 |
| 5/2/2025 11:08:47 AM | Viapath Deposit | Receipt: 38686927 | Trust | $460.00 | **$941.06** | $0.00 |
| 5/2/2025 11:08:47 AM | Viapath Deposit | Receipt: 38687180 | Trust | $381.00 | **$481.06** | $0.00 |
| 5/2/2025 10:57:41 AM | Viapath Deposit | Receipt: 38686752 | Trust | $100.00 | **$100.06** | $0.00 |
| 4/30/2025 6:47:31 AM | Commissary Sale | Commissary Purchase, Order Number : 24698 | Trust | ($40.48) | **$0.06** | $0.00 |
| 4/24/2025 | Viapath Purchase | Withdrawal of funds from trust for | Trust | ($3.00) | **$40.54** | $0.00 |

# Resident Account Summary

Transactions from 04/08/2025 to 06/24/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| 10:23:13 PM | | Viapath purchases. | | | | |
| 4/24/2025 5:36:05 PM | Pay: Entrance Kit | Pay: 4/9/2025 1:16:44 AM - Entrance Kit - ENTRANCE KIT FEE | Trust | ($2.50) | **$43.54** | $0.00 |
| 4/24/2025 5:36:05 PM | Pay: Entrance Kit | Pay: 4/9/2025 1:16:44 AM - Entrance Kit - ENTRANCE KIT FEE | Receivable Aggregate | ($2.50) | $46.04 | **$0.00** |
| 4/24/2025 5:36:05 PM | Pay: Indigent Commissary Sale | Pay: 4/23/2025 6:35:43 AM - Indigent Commissary Sale - Commissary Purchase, Order Number : 24420 | Trust | ($3.96) | **$46.04** | $2.50 |
| 4/24/2025 5:36:05 PM | Pay: Indigent Commissary Sale | Pay: 4/23/2025 6:35:43 AM - Indigent Commissary Sale - Commissary Purchase, Order Number : 24420 | Receivable Aggregate | ($3.96) | $50.00 | **$2.50** |
| 4/24/2025 5:36:04 PM | Viapath Deposit | Receipt: 38237842 | Trust | $50.00 | **$50.00** | $6.46 |
| 4/23/2025 6:35:43 AM | Indigent Commissary Sale | Commissary Purchase, Order Number : 24420 | Receivable Aggregate | $3.96 | $0.00 | **$6.46** |
| 4/9/2025 1:16:44 AM | Entrance Kit | ENTRANCE KIT FEE | Receivable Aggregate | $2.50 | $0.00 | **$2.50** |

John R. Capoccia
18102 Cumberland rd.
Noblesville, IN
46060



FRANK




Clerk of Court
Birch Bayh Fed Bldg & US courthouse
Courthouse 46 east ohio st
Indianapolis, IN
46204

FILED
JUN 27 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA